**United States Bankruptcy Court**
**Middle District Of Florida**

In re: _____Eric J Friday and Jennifer M Friday_____   Case No. _____
                                Debtor(s)                                                    Chapter ____7_____

### DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, Eric J Friday and Jennifer M Friday, declares under penalty of perjury that:

1.   I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2.   The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3.   I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____                           _____
Signature of Debtor                                                              Signature of Debtor

Verified Document(s):

| Full Descriptive Title | Date Executed | Date Filed |
|---|---|---|
| Voluntary Petition | 9/10/13 | 9/10/13 |
| Schedules A through J | | |
| Summary of Schedules | | |
| Statement of Financial Affairs | | |
| Current Monthly Income and Disposable Income (Form B22A) | | |
| Disclosure of Compensation of Attorney | | |
| Statement of Social Security Number(s) | | |
| Mailing Matrix | | |
| Statement of Intention | | |
| Form B 201 (10/05) Notice to Individual Debtor(s) | | |